# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC42 | 9750647 | STONE | 1606 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10.10.2025

Offense Charged: ☑ CFR ☐ USC ☐ State Code — 102-74.385

Place of Offense: Edward Roybal Federal Building 255 E. Temple St LA, CA

Offense Description: Factual Basis for Charge — HAZMAT ☐

Conformity with signs and directions, failing to comply with lawful directions.

**DEFENDANT INFORMATION** Phone: [redacted]

Last Name: Sosa — First Name: Daniel — M.I.: M

Street Address

[redacted]

Tag No. — State — Year — Make/Model — PASS ☐ — CDL

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| MA | $ ______ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ ______ Total Collateral Due |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Roybal Federal Building 6th FL Duty Courtroom 255 E. Temple St. Los Angeles CA

Date: 12/3/25

Time: 0830

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature] DANIEL SOSA

Original - CVB Copy

*9750647*

CVB SCAN 10/27/2025 15:28

---

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on ~~October~~ 10/10, 20 25 while exercising my duties as a law enforcement officer in the Central District of California

The foregoing statement is based upon:

☑ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/10/25 — Date (mm/dd/yyyy) — [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______ Date (mm/dd/yyyy) — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/27/2025 15:28